**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**
**CASE NO. 09-160-WOB**

**SAMANTHA McDONALD** **PLAINTIFF**

**v.**

**CITY OF FORT MITCHELL, KENTUCKY**

**and**

**WILLIAM F. ZERHUSEN**

**and**

**CHILDREN'S NETWORK OF SOUTHWEST FLORIDA, INC.**

**and**

**FAMILY PRESERVATION SERVICES OF FLORIDA, INC**.

**and**

**KELLY SANTANA**

**and**

**JESSICA GOODALL**

**and**

**JANE AND/OR JOHN DOE** **DEFENDANTS**

---

**STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE OF CHILDREN'S NETWORK OF SOUTHWEST FLORIDA, INC., FAMILY PRESERVATION SERVICES OF FLORIDA, INC., KELLY SANTANA AND JESSICA GOODALL**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff voluntarily dismisses without prejudice Children's Network of Southwest Florida, Inc., Family Preservation Services of

Florida, Inc., Kelly Santana and Jessica Goodall from the above-captioned matter. This matter shall proceed against the remaining Defendants.

s/Thomas W. Amann
Thomas W. Amann
(KBA #01070)
27 East Fourth Street
Covington, Kentucky 41011
Telephone: (859) 491-5118
Fax: (859) 491-1343
Email: *tom@tomamann.com*

s/Rodger N. Walk
Rodger N. Walk
(OSBA #017760)
917 Main Street, Suite 400
Cincinnati, Ohio 45202
Telephone: (513) 977-4220
Fax: (513) 977-4218
Email: *rwalk@rwalklaw.com*

*Trial Lawyers for Plaintiff, Samantha McDonald*

s/Mark D. Alcott
Mark D. Alcott
Harlin Parker
519 E. 10th Street
P.O. Box 390
Bowling Green, KY 42102
(270) 842-5611
Email: *alcott@harlinparker.com*

s/Travis W. Calvert
Travis W. Calvert
Harlin Parker
519 E. 10th Street
P.O. Box 390
Bowling Green, KY 42102
(270) 842-5611
Email: *calvert@harlinparker.com*

*Counsel for Family Preservation Services of Florida, Inc., Kelly Santana and Jessica Goodall*

s/Mary K. Molloy
Mary K. Molloy
Arnzen, Wentz, Molloy, Laber & Storm, P.S.C.
600 Greenup Street
P.O. Box 472
Covington, KY 41012-0472
Email: *mmolloy@arnzenlaw.com*

*Counsel for Defendant, Children's Network of Southwest Florida, Inc.*

s/Jeffrey C. Mando
Jeffrey C. Mando
Adams, Stepner, Woltermann & Dusing, P.L.L.C.
40 W. Pike Street
P.O. Box 861
Covington, Ky 41012-0861
Email: *jmando@aswdlaw.com*

s/Claire E. Parsons
Claire E. Parsons
Adams, Stepner, Woltermann & Dusing, P.L.L.C.
40 W. Pike Street
P.O. Box 861
Covington, Ky 41012-0861
Email: *cparsons@aswdlaw.com*

*Counsel for Defendants, City of Fort Mitchell, Kentucky and William F. Zerhusen*